# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 4:24-cr-00013-RK-1 |
| FRANK C. GARNER, JR., | ) ) ) |
| Defendant. | ) |

## ORDER

On March 4, 2025, Magistrate Judge W. Brian Gaddy issued his Report and Recommendation (Doc. 63) concluding that the Court should deny Defendant's Motion to Suppress Evidence and Statements (Doc. 26). Defendant filed an objection to the Report and Recommendation. (Doc. 64.)

Pursuant to Federal Rule of Criminal Procedure 59(b)(3), a "district judge must consider de novo any objection to a magistrate judge's recommendation." After an independent, de novo review of the matter pursuant to 28 U.S.C. § 636(b)(1)(C), including a review of the applicable law and Defendant's objections, the Court accepts the findings and recommendations made by Magistrate Judge W. Brian Gaddy in full. Accordingly, the Court **ORDERS** that

(1) the Report and Recommendation of Magistrate W. Brian Gaddy (Doc. 63) is **ADOPTED**;

(2) Defendant's objection (Doc. 64) is **OVERRULED**; and

(3) Defendant's Motion to Suppress Evidence and Statements (Doc. 26) is **DENIED**.

**IT IS SO ORDERED.**

s/ Roseann A. Ketchmark
ROSEANN A. KETCHMARK, JUDGE
UNITED STATES DISTRICT COURT

DATED: March 24, 2025